UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA BARRAZA, et al., | ) | Case No. 2:21-CV-00163 JAM-DB |
| Plaintiffs, | ) | |
| v. | ) | **RELATED CASE ORDER** |
| LIBERTY UTILITIES CO., et al., | ) | |
| Defendants. | ) | |
| DANIEL A. TACKITT, et al., | ) | Case No. 2:21-CV-00179 TLN-JDP |
| Plaintiffs, | ) | |
| v. | ) | |
| LIBERTY UTILTIES (CALPECO ELECTRIC), LLC, et al., | ) | |
| Defendants. | ) | |
| CARON A. TIMPONE, et al., | ) | Case No. 2:21-CV-00180 MCE-DB |
| Plaintiffs, | ) | |
| v. | ) | |
| LIBERTY UTILITIES (CALPECO ELECTRIC), LLC, et al., | ) | |
| Defendants. | ) | |

   Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005).  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for

1 the parties.

2     The parties should be aware that relating the cases under
3 Local Rule 123 merely has the result that these actions are
4 assigned to the same judge and magistrate judge; no consolidation
5 of the actions is effected.  Under the regular practice of this
6 court, related cases are generally assigned to the judge and
7 magistrate judge to whom the first filed action was assigned.

8     IT IS THEREFORE ORDERED that the actions denominated
9 2:21-CV-00179 TLN-JDP and 2:21-CV-00180 MCE-DB be reassigned to
10 Judge John A. Mendez and Magistrate Judge Deborah Barnes for all
11 further proceedings, and any dates currently set in this reassigned
12 case only are hereby VACATED.  Henceforth, the caption on documents
13 filed in the reassigned cases shall be shown as
14 2:21-CV-00179 JAM-DB and 2:21-CV-00180 JAM-DB.

15     IT IS FURTHER ORDERED that the Clerk of the Court make
16 appropriate adjustment in the assignment of civil cases to
17 compensate for this reassignment.

18     IT IS SO ORDERED.

20 Dated:  February 26, 2021          /s/ John A. Mendez
21                                    THE HONORABLE JOHN A. MENDEZ
                                      UNITED STATES DISTRICT COURT JUDGE