UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL A. TACKITT, individually and d/b/a EASTSIDE HAY; et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY UTILITIES (CALPECO ELECTRIC), LLC; LIBERTY UTILITIES CO.; PAR ELECTRICAL CONTRACTORS, INC.; CURTIS AND SONS CONSTRUCTION, INC.,<br><br>Defendants. | Case No.   2:21-cv-00179-JAM-DB<br><br>Assigned to: Hon. John A. Mendez<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR SPECIALLY APPEARING DEFENDANT PAR ELECTRICAL CONTRACTORS, INC. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Complaint Filed: February 23, 2021<br>Current Response Date: March 23, 2021 |

The Court, having reviewed Plaintiffs Daniel A. Tackitt, *et al.* ("Plaintiffs") and Specially Appearing Defendant PAR Electrical Contractors, Inc. ("PAR") Stipulated Request to Extend Time for PAR to Respond to Plaintiffs' First Amended Complaint, and good cause appearing therefore, hereby ORDERS as follows:

1. PAR's response to Plaintiffs' FAC shall now be due on or before April 30, 2021 *or*, in the alternative, five (5) days after this Court issues its rulings on both Plaintiffs' Motion for Remand and Defendant Liberty Utilities, LLC's Motion to Strike – whichever comes first.

**IT IS SO ORDERED.**

DATED: March 23, 2021     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE