**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| DANIEL A. TACKITT, individually and d/b/a EASTSIDE HAY; JOHANNA L. TACKITT, an individual; Z.D.T., a minor, by and through his Guardian ad Litem, DANIEL A. TACKITT; G.A.P., a minor, by and through her Guardian ad Litem, JOHANNA L. TACKITT; VICTORIA FORD, an individual; CHARLES PADILLA, an individual; CASSIE BARAJAS, an individual; RUSS BARAJAS, an individual; H.B., a minor, by and through her Guardian ad Litem, CASSIE BARAJAS; A.B., a minor, by and through his Guardian ad Litem, CASSIE BARAJAS; BRIAN K. JOHNSON, an individual; LORETTA BUCHHOLTZ, an individual; RANDY BUCHHOLTZ, an individual; DEANNA HOLMES, an individual; ROGER DONAHUE, an individual; KAREN DONAHUE, an individual; STORM DONAHUE, an individual; WILLIAM "BILLIE" FARMER, an individual; JEANETTE "JANET" KITE, an individual; BARRY W. WHITE, an individual; PAUL KAMANSKI, an individual; CAREN CAMPBELL-KAMANSKI, an individual; TENNESSEE SC KAMANSKI, an individual; AARON DENNIS, an individual; CHUCK KAMANSKI, an individual; KIRK JOHNSON, an individual; SHARON McDONALD, an individual; LEONARD McDONALD, an individual; KIMBERLY MEDEIROS, an individual; JOHN D. McKNIGHT, an individual; JANIS L. McKNIGHT, an individual, ROBERTA MENZEMER, an individual; E. A. TRENTHAM, an individual; JOHN WILEY, an individual; SIGMUND DUVERNEY, an individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>LIBERTY UTILITIES (CALPECO ELECTRIC), LLC; ALGONQUIN POWER & UTILITIES CORP; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:21-cv-00179-JAM-DB<br><br>Judge: Honorable John. A. Mendez<br><br>**ORDER GRANTING STIPULATED REQUEST FOR AN ORDER TO EXTEND TIME FOR SPECIALLY APPEARING DEFENDANT CURTIS AND SONS CONSTRUCTION, INC. TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br><br>Current Response Date: March 25, 2021 |

1

1   The Court, having reviewed Plaintiffs Daniel A. Tackitt, *et al*. ("Plaintiffs") and Specially Appearing Defendant Curtis and Sons Construction, Inc. ("CURTIS")'s Stipulated Request to Extend Time for CURTIS to Respond to Plaintiffs' First Amended Complaint, and good cause appearing therefore, hereby ORDERS as follows:

1. CURTIS' response to Plaintiffs' FAC shall now be due on or before April 30, 2021 or, in the alternative, five (5) days after this Court issues its rulings on both Plaintiffs' Motion for Remand and Defendant Liberty Utilities (CalPeco Electric), LLC's Motion to Strike – whichever comes first; and

2. CURTIS does not waive either its right to challenge the FAC or right to raise affirmative defenses thereto through its responsive pleading.

IT IS SO ORDERED.

DATED: March 24, 2021          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE