**ROBERTSON & ASSOCIATES, LLP**
ALEXANDER ROBERTSON, IV (SBN 127042)
  *arobertson@arobertsonlaw.com*
MARK J. UYENO (SBN 189063)
  *muyeno@arobertsonlaw.com*
32121 Lindero Canyon Road, Suite 200
Westlake Village, California 91361
Telephone: (818) 851-3850
Facsimile: (818) 851-3851

**LAW OFFICES OF JOSEPH LIEBMAN**
JOSEPH LIEBMAN (SBN 110836)
  *jliebmanlaw@gmail.com*
4250 Mariposa Drive
Santa Barbara, California 93110
Telephone: (805) 563-2421

**FOLEY BEZEK BEHLE & CURTIS, LLP**
PETER J. BEZEK (SBN l02310)
  *pbezek@foleybezek.com*
ROBERT A. CURTIS (SBN 203870)
  *rcurtis@foleybezek.com*
15 West Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 962-9495

**SPRETER & PETIPRIN, APC**
GEOFF J. SPRETER (SBN 257707)
  *geoff@spreterlaw.com*
BENJAMIN PETIPRIN (SBN 256797)
  *ben@spreterlaw.com*
601 3rd Street
Coronado, California 92118
Telephone: (619) 865-7986

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL A, TACKITT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LIBERTY UTILITIES (CALPECO ELECTRIC), LLC, et al., <br><br> Defendants. <br><br> AND ALL RELATED CASES. | Case No: 2:21-cv-00179-JAM-DB <br> [Related Case Nos. 2:21-cv-00163-JAM-DB and 2:21-cv-00180-JAM-DB] <br><br> **PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO REMAND ACTION TO THE SUPERIOR COURT** |

/ / /

/ / /

/ / /

00032938.1 — Case No. 2:21-cv-00179-JAM-DB

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Plaintiffs' Motion to Remand Action to the Superior Court filed on March 5, 2021 [Document No. 19], set for hearing on May 18, 2021, is HEREBY WITHDRAWN.

DATED: April 27, 2021    LAW OFFICES OF JOSEPH LIEBMAN. PC

By:    / s / Joseph Liebman

Joseph Liebman (SBN 110836)
4250 Mariposa Drive
Santa Barbara, California 93110
Telephone: (805) 563-2421
Email: jliebmanlaw@gmail.com

ROBERTSON & ASSOCIATES, LLP
Alexander Robertson, IV (SBN 127042)
32121 Lindero Canyon Road, Suite 200
Westlake Village, California 91361
Telephone: (818) 851-3850
Email: arobertson@arobertsonlaw.com

FOLEY BEZEK BEHLE & CURTIS, LLP
Robert A. Curtis (SBN 203870)
15 West Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 962-9495
Email: rcurtis@foleybezek.com

SPRETER & PETIPRIN, APC
Benjamin Petiprin (SBN 256797)
601 3rd Street Coronado, California 92118
Telephone: (619) 865-7986
Email: ben@spreterlaw.com

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2021, I caused a true and correct a copy of the foregoing **PLAINTIFFS' NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO REMAND ACTION TO THE SUPERIOR COURT** with any and all attachments, to be filed electronically with the Clerk of the Court via the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record in this action.

*/ s / Joseph Liebman*
Joseph Liebman